UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
and THOMAS FISHER;

WISCONSIN LABORERS DISTRICT COUNCIL,

WISCONSIN LABORERS-EMPLOYERS
COOPERATION AND EDUCATION TRUST FUND,

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, WISCONSIN MASONS 401(K)
PLAN, and JEFFREY LECKWEE,

BRICKLAYERS & ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

BRICKLAYERS AND TROWEL TRADES INTERNATIONAL
PENSION FUND, INTERNATIONAL MASONS INSTITUTE FUND
and BOARD OF TRUSTEES, BRICKLAYERS
AND TROWEL TRADES INTERNATIONAL
PENSION FUND,

BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL,

          Plaintiffs,

  vs.                          Case No. 08-CV-692

STOLP MASONRY, INC.,
and JAMES STOLP,

          Defendants.

---

ENTRY OF DEFAULT OF DEFENDANT
STOLP MASONRY, INC.

-1-

_____

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the defendant in the above-captioned matter, Stolp Masonry, Inc., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the plaintiffs;

The Clerk hereby enters the default of defendant Stolp Masonry, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 14th day of January, 2009.

_____
Clerk of Court